## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Travis Wilmer, being first duly sworn, do depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) since November 8, 2021.

2.      As a Special Agent, my primary duties and responsibilities consist of conducting investigations of individuals and businesses for possible violations of federal laws. I am presently assigned to the FBI's Minneapolis, Minnesota field office where I am a member of the Complex Financial Crimes Squad.

3.      During my employment as a Special Agent, I have conducted and participated in investigations of varying degrees involving mail fraud, wire fraud, fraud against the government, money laundering, and other criminal acts, including criminal schemes where individuals misappropriate money from the investing public. Furthermore, in the course of my training and experience, I have become familiar with the types of records businesses typically maintain in the course of their regular activity, including ledgers, journals, invoices, receipts, and bank documents.

4.      Currently, I am on a Temporary Duty Assignment in Memphis, Tennessee working on the Memphis Safe Task Force. As part of my daily duties, I have investigated additional criminal violations to include unlawful possession of firearms and assault of federal officers.

5.      Based on my training and experience and the facts set forth in this Affidavit there is probable cause to believe that **Christopher Jay Vanzant ("VANZANT")** has violated Title 18, United States Code, Section 111(a)(1) and United States Code, Section 111(b).

6.      The facts contained in this affidavit are based on firsthand knowledge or information learned during this investigation from other law enforcement sources or witnesses related to this investigation. The complaint does not provide each and every detail known by your affiant regarding this investigation, but rather provides information necessary to establish probable cause that **VANZANT** violated Title 18, United States Code, Section 111(a)(1) and 111(b). Except where indicated, all statements referred to below are set forth in substance and in part, rather than verbatim.

### Incident

7.      On November 2, 2025, at approximately 11:46 Tennessee Highway Patrol ("THP") Trooper Catrellus Yancey ("Trooper Yancey") was informed by THP Dispatch that Hernando, Mississippi (MS) was in pursuit of a white Ford F150 bearing MS license plate "TP6470". THP Dispatch informed Troopers that the vehicle was heading northbound on Interstate 55 near Stateline Road where the Hernando, MS police department terminated the pursuit and a be on the lookout was issued to THP. Trooper Yancey was stationary on Interstate 55 and Elvis Presley Blvd when he observed a white Ford F150 with hazard lights on travelling northbound on Interstate 55 and approaching Interstate 240. Trooper Yancey verified that the vehicle displayed a Mississippi plate "TP6470" and attempted to initiate a traffic stop utilizing blue lights and sirens in a marked THP vehicle near Interstate 240 and Interstate 55. The white Ford F150 began to accelerate at a high rate of speed in an attempt to evade troopers. Trooper Yancey initiated an authorized vehicle pursuit. The Ford F150 drove through multiple residential neighborhoods and struck a chain link fence. The driver of the F150 reached speeds of approximately 80 miles per hour in posted 55 miles per hour zones, failed to signal for turns, drove in the opposing traffic

2

lane, and swerved on the road at high rates of speed, endangering other drivers, pedestrians, and federally deputized THP Troopers with the risk of death or serious bodily injury.

8.      Due to the risk of serious bodily injury and damages caused by the aggressive driver of the Ford F150, Troopers began a Tactical Vehicle Intervention ("TVI") of the Ford F150 after about ten minutes of actively pursuing the vehicle. THP Trooper Trey Dailey ("Trooper Dailey") conducted a TVI on the vehicle. The subject of the vehicle regained control of the Ford F150 and began accelerating at a high rate of speed striking the THP vehicle of Trooper Dailey, thereby using the vehicle with the intent of causing serious bodily harm to Trooper Dailey. The contact on Trooper Dailey's vehicle caused Trooper Dailey to lose control of the vehicle and significant damage to the driver's side rear of the THP vehicle.

9.      The Ford F150 was stopped after an additional TVI was conducted in the vicinity of E.H. Crump Boulevard and Latham Street. Troopers approached the vehicle on foot and encountered a white male driver, later identified as **VANZANT**. **VANZANT** began physically resisting the Troopers and also attempting to use a lighter to smoke what appeared to be Methamphetamine through a clear glass pipe. After multiple attempts, troopers were able to remove **VANZANT** from the vehicle at which time **VANZANT** continued to physically resist Troopers. While attempting to place **VANZANT** into custody, **VANZANT**, with a closed fist, struck THP Trooper Mamadou Diallo ("Trooper Diallo") in his right temple.

## Law Enforcement Officer's Uniforms and Vehicles

10.      During this incident, all law enforcement officer's clothing identified them as Law Enforcement.   More Specifically, the Tennessee Highway Patrol vehicles involved were identified with markings, and lights and sirens were utilized by all vehicles involved in the pursuit.

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Travis Wilmer, being first duly sworn, do depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) since November 8, 2021.

2.      As a Special Agent, my primary duties and responsibilities consist of conducting investigations of individuals and businesses for possible violations of federal laws.  I am presently assigned to the FBI's Minneapolis, Minnesota field office where I am a member of the Complex Financial Crimes Squad.

3.      During my employment as a Special Agent, I have conducted and participated in investigations of varying degrees involving mail fraud, wire fraud, fraud against the government, money laundering, and other criminal acts, including criminal schemes where individuals misappropriate money from the investing public.  Furthermore, in the course of my training and experience, I have become familiar with the types of records businesses typically maintain in the course of their regular activity, including ledgers, journals, invoices, receipts, and bank documents.

4.      Currently, I am on a Temporary Duty Assignment in Memphis, Tennessee working on the Memphis Safe Task Force. As part of my daily duties, I have investigated additional criminal violations to include unlawful possession of firearms and assault of federal officers.

5.      Based on my training and experience and the facts set forth in this Affidavit there is probable cause to believe that **Christopher Jay Vanzant ("VANZANT")** has violated Title 18, United States Code, Section 111(a)(1) and United States Code, Section 111(b).

1

6.      The facts contained in this affidavit are based on firsthand knowledge or information

learned during this investigation from other law enforcement sources or witnesses related to this

investigation. The complaint does not provide each and every detail known by your affiant

regarding this investigation, but rather provides information necessary to establish probable cause

that **VANZANT** violated Title 18, United States Code, Section 111(a)(1) and 111(b). Except

where indicated, all statements referred to below are set forth in substance and in part, rather than

verbatim.

### Incident

7.      On November 2, 2025, at approximately 11:46 Tennessee Highway Patrol ("THP")

Trooper Catrellus Yancey ("Trooper Yancey") was informed by THP Dispatch that Hernando,

Mississippi (MS) was in pursuit of a white Ford F150 bearing MS license plate "TP6470". THP

Dispatch informed Troopers that the vehicle was heading northbound on Interstate 55 near

Stateline Road where the Hernando, MS police department terminated the pursuit and a be on the

lookout was issued to THP. Trooper Yancey was stationary on Interstate 55 and Elvis Presley

Blvd when he observed a white Ford F150 with hazard lights on travelling northbound on

Interstate 55 and approaching Interstate 240. Trooper Yancey verified that the vehicle displayed

a Mississippi plate "TP6470" and attempted to initiate a traffic stop utilizing blue lights and sirens

in a marked THP vehicle near Interstate 240 and Interstate 55. The white Ford F150 began to

accelerate at a high rate of speed in an attempt to evade troopers. Trooper Yancey initiated an

authorized vehicle pursuit. The Ford F150 drove through multiple residential neighborhoods and

struck a chain link fence. The driver of the F150 reached speeds of approximately 80 miles per

hour in posted 55 miles per hour zones, failed to signal for turns, drove in the opposing traffic

2

lane, and swerved on the road at high rates of speed, endangering other drivers, pedestrians, and federally deputized THP Troopers with the risk of death or serious bodily injury.

8.      Due to the risk of serious bodily injury and damages caused by the aggressive driver of the Ford F150, Troopers began a Tactical Vehicle Intervention ("TVI") of the Ford F150 after about ten minutes of actively pursuing the vehicle. THP Trooper Trey Dailey ("Trooper Dailey") conducted a TVI on the vehicle. The subject of the vehicle regained control of the Ford F150 and began accelerating at a high rate of speed striking the THP vehicle of Trooper Dailey, thereby using the vehicle with the intent of causing serious bodily harm to Trooper Dailey. The contact on Trooper Dailey's vehicle caused Trooper Dailey to lose control of the vehicle and significant damage to the driver's side rear of the THP vehicle.

9.      The Ford F150 was stopped after an additional TVI was conducted in the vicinity of E.H. Crump Boulevard and Latham Street. Troopers approached the vehicle on foot and encountered a white male driver, later identified as **VANZANT**. **VANZANT** began physically resisting the Troopers and also attempting to use a lighter to smoke what appeared to be Methamphetamine through a clear glass pipe. After multiple attempts, troopers were able to remove **VANZANT** from the vehicle at which time **VANZANT** continued to physically resist Troopers. While attempting to place **VANZANT** into custody, **VANZANT**, with a closed fist, struck THP Trooper Mamadou Diallo ("Trooper Diallo") in his right temple.

### Law Enforcement Officer's Uniforms and Vehicles

10.      During this incident, all law enforcement officer's clothing identified them as Law Enforcement.    More Specifically, the Tennessee Highway Patrol vehicles involved were identified with markings, and lights and sirens were utilized by all vehicles involved in the pursuit.

3

The THP officers involved in the arrest were wearing equipment and/or clothing that clearly identified them as Law Enforcement.



Photo of a Trooper Involved in Arrest



Photo of a THP vehicle involved in the pursuit

**Injuries Sustained and Damage to Vehicle**

11.     During the attempt to take **VANZANT** into custody, one of the troopers sustained a

punch to the face but no visible injuries as a result. Trooper Dailey's vehicle sustained damage to

the right rear bumper as a result of VANZANT accelerating into the vehicle.





Photos of THP Vehicle Damage

**Tennessee Highway Patrol Troopers Status as Deputized Federal Officers**

12.    THP Trooper Dailey and THP Trooper Diallo were deputized by the United States

Marshals Service on September 30, 2025 in order to serve on the Memphis Safe Task Force.

6

## Western District of Tennessee Jurisdiction

13.     The aforementioned incident occurred at the intersection of Latham Road and East E.H. Crump Boulevard, Memphis, Tennessee, whichis in the Western District of Tennessee.

## Conclusion

14.     Based on my investigations, I believe there is probable cause to believe that VANZANT committed the criminal violations as set forth in this criminal complaint and respectfully request that the Court issue an arrest warrant.

Respectfully submitted,

_____

Travis Wilmer
Special Agent
Federal Bureau of Investigation

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on November 3, 2025.

s/ Tu M. Pham
_____
HONORABLE TU M. PHAM
CHIEF UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TENNESSEE

7